FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 20 2011

GREGORY C. LANGHAM
CLERK

AO 109 (Rev. 01/09) Warrant to Seize Personal Property Subject to Civil Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
Up to $27,107.86 in US Bank Acct. #153465135884, in the name of Unlimited Marketing and Consulting, Incorporated

Case No. 11-MC-00035-BNB

## WARRANT TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of ___Colorado___ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All funds up to $27,107.86 in US Bank Acct. #153465135884, in the name of Unlimited Marketing and Consulting, Incorporated

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before ___May 22, 2011, at 3:30pm___
*(Not to exceed 10 days)*

☒ in the daytime – 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge ___BOYD N. BOLAND___.
United States Magistrate Judge *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___May 12, 2011, at 4:00pm___

_____
Judge's signature

**BOYD N. BOLAND**
United States Magistrate Judge
*Printed name and title*

City and state: ___Denver, Colorado___

AO 109 (Rev. 01/09) Warrant to Seize Personal Property Subject to Civil Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>11-MC-0035-BNB | Date and time warrant executed:<br>May 13, 2011    11:39am | Copy of warrant and inventory left with:<br>Sade Cooper, Cust. Serv. Mgr |
| Inventory made in the presence of: | | |

Inventory of the property taken:

See attached letter

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: May 20, 2011

*Patrick J. Kramer*
Executing officer's signature

Patrick T. Kramer, Special Agent
Printed name and title

*Boyd N. Boland*
**BOYD N. BOLAND**
United States **Magistrate Judge**




All of **us** serving you

Kati J. Cheney
Litigation Paralegal
800 Nicollet Mall, BC-MN-H21N
Minneapolis, MN 55402-7000
Direct Line: 612-303-7851
Facsimile: 612-303-7882
e-mail: kati.cheney@usbank.com

**U.S. Bank**
Legal Department

May 18, 2011

U.S. Department of Justice          **VIA UPS**
Attn: Derrick Rieger
8000 E. 36th Ave.
Denver, CO 80238

Re:   Unlimited Marketing and Consulting, Inc.
      Case No. 11-MC-0035-BNB

Greetings Mr. Reiger,

U.S. Bank is in receipt of the Warrant to Seize Property Subject to Civil Forfeiture which was issued on May 12, 2011 regarding the above referenced matter. There are no funds in the account located at U.S. Bank for the Bank to turnover per the Seizure Warrant. Per our conversation, if further account specific information is needed a Subpoena will be required.

Please contact me if you have any questions.

Respectfully,

Kati J. Cheney
U.S. Bank Paralegal

usbank.com